# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: SJ MEDICAL CENTER MANAGEMENT LLC | § | Case No. 08-12181 |
| a Texas Limited Liability Company | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,000,000.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $120,789,117.13

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $11,199,133.31

3) Total gross receipts of $ 148,333,342.76 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $16,345,092.32 (see **Exhibit 2**), yielded net receipts of $131,988,250.44 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $36,649,375.00 | $45,725,978.05 | $45,725,978.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,199,483.31 | 11,199,133.31 | 11,199,133.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 102,775,333.23 | 75,063,139.08 | 75,063,139.08 |
| **TOTAL DISBURSEMENTS** | $0.00 | $150,624,191.54 | $131,988,250.44 | $131,988,250.44 |

4)  This case was originally filed under Chapter 11 on September 24, 2008 and it was converted to Chapter 7 on November 21, 2008.The case was pending for 108 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2017          By: /s/Alfred T. Giuliano, Trustee (DE)
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock and Business Interests | 1129-000 | 145,325,835.78 |
| Interest Earned on Deposit Escrow Account | 1290-000 | 5,022.51 |
| Accounts Receivable - SJ Medical | 1229-000 | 3,000,000.00 |
| Interest Income | 1270-000 | 2,484.47 |
| **TOTAL GROSS RECEIPTS** | | **$148,333,342.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hospital Partners of America, Inc. | Final Distribution [Docket No.: 73] | 8200-002 | 16,344,731.49 |
| Hospital Partners of America, Inc. | Additional Turnover of Funds Returned from First Distribution [Docket No.: 73] | 8200-002 | 360.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,345,092.32** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Silver Point Finance, LLC | 4210-000 | N/A | 36,649,375.00 | 0.00 | 0.00 |
| SPF | Silver Point Finance, LLC | 4210-000 | N/A | | 45,725,978.05 | 45,725,978.05 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$36,649,375.00** | **$45,725,978.05** | **$45,725,978.05** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - STROUDWATER CAPITAL | 3731-000 | N/A | 4,923,227.25 | 4,923,227.25 | 4,923,227.25 |
| Other - STROUDWATER CAPITAL | 3732-000 | N/A | 70,419.30 | 70,419.30 | 70,419.30 |
| Other - TD WEALTH MANAGEMENT | 2990-000 | N/A | 7,520.55 | 7,520.55 | 7,520.55 |
| Trustee Compensation - Alfred T. Giuliano Trustee | 2100-000 | N/A | 3,982,897.51 | 3,982,897.51 | 3,982,897.51 |
| Trustee Expenses - Alfred T. Giuliano Trustee | 2200-000 | N/A | 12,471.61 | 12,471.61 | 12,471.61 |
| Other - Fox Rothschild LLP | 3210-000 | N/A | 61,424.50 | 61,424.50 | 61,424.50 |
| Other - Fox Rothschild LLP | 3220-000 | N/A | 40,169.76 | 40,169.76 | 40,169.76 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 326,978.00 | 326,978.00 | 326,978.00 |
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 10,944.08 | 10,944.08 | 10,944.08 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - International Sureties  LTD. | 2300-000 | N/A | 201,681.77 | 201,681.77 | 201,681.77 |
| Other - FMTC FBO St. Joseph Medical Center | 2990-000 | N/A | 20,365.07 | 20,365.07 | 20,365.07 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 350.00 | 0.00 | 0.00 |
| Other - Cozen O'Connor | 3210-000 | N/A | 1,108,667.00 | 1,108,667.00 | 1,108,667.00 |
| Other - Cozen O'Connor | 3220-000 | N/A | 75,573.42 | 75,573.42 | 75,573.42 |
| Other - IASIS HEALTHCARE LLC | 2990-000 | N/A | 94,711.31 | 94,711.31 | 94,711.31 |
| Other - JOHN BERTINI, JR., M. D. | 3991-000 | N/A | 250,000.00 | 250,000.00 | 250,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 191.78 | 191.78 | 191.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,260.27 | 3,260.27 | 3,260.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,876.71 | 2,876.71 | 2,876.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,684.93 | 2,684.93 | 2,684.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 3,068.49 | 3,068.49 | 3,068.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,199,483.31 | $11,199,133.31 | $11,199,133.31 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zurich American Insurance Company | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Business Financial Services, Inc. | 7100-000 | unknown | 91,277,761.28 | 70,463,139.08 | 70,463,139.08 |
| 3 | Texas Comptroller of Public Accounts | 7200-000 | N/A | 74,946.16 | 0.00 | 0.00 |
| 4 | SJ Medical Center, LLC | 7100-000 | N/A | 11,422,625.79 | 4,600,000.00 | 4,600,000.00 |
| NOTFILED | Robert Karvelsson | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $102,775,333.23 | $75,063,139.08 | $75,063,139.08 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-12181 | **Trustee:** (500670) Alfred T. Giuliano, Trustee (DE) |
| **Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC | **Filed (f) or Converted to (c):** 11/21/08 (c) |
| a Texas Limited Liability Company | **§341(a) Meeting Date:** 12/18/08 |
| **Period Ending:** 12/08/17 | **Claims Bar Date:** 03/18/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Stock and Business Interests 79.07% Interest in the Company engaging in the business of delivering acute care and other healthcare services to the public through the acute care hospital known as St. Joseph Medical Center located at 1401 St. Joseph Parkway, Houston, TX. This asset was sold on May 2, 2011, with an effective date April 30, 2011. Pursuant to the sale, there were two escrow accounts established that hold $15 million and $3 million. See Asset Nos.: 4 and 5. (Note: Schedule "B" reflects 78.2% membership Interest in SJ Medical Center, LLC, d/b/a St. Joseph Medical Center) | Unknown | 140,000,000.00 | | 145,325,835.78 | FA |
| 2 | Licenses, Franchises & General Intangibles Included in sale of Asset No.: 1 Management Agreement between SJ Medical Center Management, LLC and SJ Medical Center, LLC d/b/a St. Joseph Medical Center. | Unknown | 0.00 | | 0.00 | FA |
| 3 | Interest Earned on Deposit Escrow Account  (u) | 235.95 | 235.95 | | 5,022.51 | FA |
| 4 | Indemnity Escrow  Agreement - TD Bank (u) This asset was set up as a result of the sale of asset #1. This amount is due to the debtor provided that there are not any unrecorded liabilities and that the assets are not overvalued as of the date of sale (04/30/11). This indemnity escrow remains in effect until 10/31/12. See Asset #5 for more detail. Adversary No.: 124-50463 IASIS Healthcare LLC v. Alfred T. Giuliano, Chapter 7 Trustee | 15,000,000.00 | 15,000,000.00 | | 0.00 | FA |
| 5 | True Up Escrow  (u) This asset was set up as a result of the sale of asset #1 above. This escrow was established to fund any reduction in the estimated Net Asset Value (as defined in the sale agreement) as of the date of the sale (04/30/11) to the actual Net Asset Value (NAV) | 3,000,000.00 | 3,000,000.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-12181 | **Trustee:**     (500670)  Alfred T. Giuliano, Trustee (DE) |
| **Case Name:**   SJ MEDICAL CENTER MANAGEMENT LLC | **Filed (f) or Converted (c):**  11/21/08 (c) |
|                   a Texas Limited Liability Company | **§341(a) Meeting Date:**  12/18/08 |
| **Period Ending:** 12/08/17 | **Claims Bar Date:**  03/18/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | determined later. The buyer had until 07/30/11 to provide the trustee with the actual NAV. If there was a reduction in the actual NAV as compared to the estimated NAV, 79.07% difference would be withdrawn from the True Up Escrow and paid to the Buyer. If the estimated NAV is higher than the actual NAV, 79.07% of the excess was to be paid to the estate by the Buyer and the remainder in the $3,000,000.00 True Up escrow account was be turned over to the estate.<br>As of August 1, 2011, IASIS did make a demand for not only what was in the true up escrow but also for a portion of the amount in the Indemnity Escrow. After a thorough review of their accounting, several multi day meetings and negotiations, the trustee settled on an IASIS withdrawal from the escrow account of $7,453,612. This left approximately $10.5 million in the indemnity escrow, subject to a November 1, 2012 final reconciliation. | | | | | |
| 6 | Accounts Receivable - SJ Medical  (u)<br>    The schedules of assets and liabilities filed by Hospital Partners of America 08-12180 disclosed a number of accounts receivable owed to HPA by various entities, one of which is owned by SJ Medical in the amount of $3,711,704.65.  The Trustee and SJ Medical agreed that the SJ Medical A/R shall be $3,000,000.00 and would be paid by SJ Medical to the Trustee for the HPA Chapter 7 Estate.  This stipulation was modified stating that the payment of the SJ Medical A/R shall be made to the estate of the Debtor entity SJ Medical Center Management, LLC not Hospital Partners of American, Inc. [Docket No.: 622] | 3,000,000.00 | 3,000,000.00 | | 3,000,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2,484.47 | FA |
| 7 | **Assets**    **Totals** (Excluding unknown values) | **$21,000,235.95** | **$161,000,235.95** | | **$148,333,342.76** | **$0.00** |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 08-12181 | **Trustee:** (500670) Alfred T. Giuliano, Trustee (DE) | |
| **Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC | **Filed (f) or Converted (c):** 11/21/08 (c) | |
| a Texas Limited Liability Company | **§341(a) Meeting Date:** 12/18/08 | |
| **Period Ending:** 12/08/17 | **Claims Bar Date:** 03/18/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2011      Current Projected Date Of Final Report (TFR):    May 8, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-12181 | |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC | |
| | a Texas Limited Liability Company | |
| **Taxpayer ID #:** | **-***5598 | |
| **Period Ending:** | 12/08/17 | |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-*****93-65 - Money Market Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | | Iasis Healthcare Corporation | Proceeds Pursuant to Sale Agreement for 79.07% Interest re: St. Joseph Medical Center [Docket No.: 751] | | 131,788,392.73 | | 131,788,392.73 |
| | {1} | Iasis Healthcare Corporation | TD Bank - Pursuant to        -15,000,000.00 Indemnity Escrow Agreement | 1129-000 | | | 131,788,392.73 |
| | {1} | Iasis Healthcare Corporation | Proceeds Pursuant to       146,788,392.73 Sale Agreement for 79.07% Interest re: St. Joseph Medical Center [Docket No.: 751] | 1129-000 | | | 131,788,392.73 |
| | {1} | | True Up Escrow          -3,000,000.00 | 1129-000 | | | 131,788,392.73 |
| | {6} | | Accounts Receivable        3,000,000.00 Payment [Docket No.: 503 & 622] | 1229-000 | | | 131,788,392.73 |
| 05/02/11 | | Iasis Healthcare Corporation | Deposit Pursuant to Sale Agreement for 79.07% Interest re: St. Joseph Medical Center [Docket No.: 751] | | 7,000,235.95 | | 138,788,628.68 |
| | {1} | Iasis Healthcare Corporation | Deposit Pursuant to Sale     7,000,000.00 Agreement for 79.07% Interest re: St. Joseph Medical Center [Docket No.: 751] | 1129-000 | | | 138,788,628.68 |
| | {3} | Iasis Healthcare Corporation | Interest Earned on          235.95 Deposit Escrow Account | 1290-000 | | | 138,788,628.68 |
| 05/02/11 | | To Acct # XXXXXXXX9366 | Transfer funds to make payment to Stroud Water Capital | 9999-000 | | 3,014,785.44 | 135,773,843.24 |
| 05/02/11 | | GEMSA Loan Services, LP | GE Term Note Payoff re: Loan No.: 3076 | 7100-000 | | 58,342,290.40 | 77,431,552.84 |
| 05/02/11 | | GEBFS- Healthcare Finance | Revolver Guarantee Note Payoff re: Acount MLC0356 SJ | 7100-000 | | 12,146,433.05 | 65,285,119.79 |
| 05/02/11 | | Silverpoint Finance Agent Services | Payoff re: Term loan for Account Ending 1565 | | | 45,725,978.05 | 19,559,141.74 |
| | | | Principal              35,000,000.00 | 4210-000 | | | 19,559,141.74 |
| | | | Accrued and Unpaid        9,363,481.94 Interest | 4210-000 | | | 19,559,141.74 |
| | | | Costs and Expenses        1,362,496.11 | 4210-000 | | | 19,559,141.74 |
| 05/12/11 | | To Acct # XXXXXXXX9366 | Transfer funds to make payment to International Sureties, Ltd. | 9999-000 | | 50,621.00 | 19,508,520.74 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.1000% | 1270-000 | 1,613.27 | | 19,510,134.01 |
| 06/03/11 | | To Acct # XXXXXXXX9366 | Transfer funds to make payment to TD Wealth | 9999-000 | | 7,500.00 | 19,502,634.01 |

Subtotals :        $138,790,241.95    $119,287,607.94

{} Asset reference(s)

Printed: 12/08/2017 12:50 PM    V.13.31

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-12181

**Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC
a Texas Limited Liability Company

**Taxpayer ID #:** **-***5598

**Period Ending:** 12/08/17

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-*****93-65 - Money Market Account

**Blanket Bond:** $203,206,895.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Management | | | | |
| 06/10/11 | | To Acct # XXXXXXXX9366 | Transfer funds to make payment to John E. Bertini, Jr., M.D. | 9999-000 | | 250,000.00 | 19,252,634.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 158.87 | | 19,252,792.88 |
| 07/25/11 | | To Acct # XXXXXXXX9366 | Transfer funds to make payment to Cozen O'Connor | 9999-000 | | 503,986.10 | 18,748,806.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 162.70 | | 18,748,969.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 159.24 | | 18,749,128.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 154.10 | | 18,749,282.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 159.24 | | 18,749,442.06 |
| 11/17/11 | Int | The Bank of New York Mellon | Interest Posting at  0.0100% | 1270-000 | 77.05 | | 18,749,519.11 |
| 11/17/11 | | Transfer to Acct # xxxxxx8134 | Transfer of Funds | 9999-000 | | 18,749,519.11 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **138,791,113.15** | **138,791,113.15** | **$0.00** |
| Less: Bank Transfers | 0.00 | 22,576,411.65 | |
| **Subtotal** | **138,791,113.15** | **116,214,701.50** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$138,791,113.15** | **$116,214,701.50** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-12181 | | Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|---|---|---|
| Case Name: | SJ MEDICAL CENTER MANAGEMENT LLC | | Bank Name: | The Bank of New York Mellon |
| | a Texas Limited Liability Company | | Account: | ****-******93-66 - Checking Account |
| Taxpayer ID #: | **-***5598 | | Blanket Bond: | $203,206,895.00   (per case limit) |
| Period Ending: | 12/08/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | | From Acct # XXXXXXXX9365 | Transfer funds to make payment to Stroud Water Capital | 9999-000 | 3,014,785.44 | | 3,014,785.44 |
| 05/02/11 | 101 | Stroudwater Capital | Commission regarding sale of SJ Medical Center Pursuant to Order [Docket No.: 356] | 3731-000 | | 3,014,785.44 | 0.00 |
| 05/12/11 | | From Acct # XXXXXXXX9365 | Transfer funds to make payment to International Sureties, Ltd. | 9999-000 | 50,621.00 | | 50,621.00 |
| 05/12/11 | 102 | International Sureties, Ltd | Bond No.: 43BSBFV5544 for period of May 2, 2011 - May 2, 2012 | 2300-000 | | 50,621.00 | 0.00 |
| 06/03/11 | | From Acct # XXXXXXXX9365 | Transfer funds to make payment to TD Wealth Management | 9999-000 | 7,500.00 | | 7,500.00 |
| 06/03/11 | 103 | TD Wealth Management | Escrow Fees for Net Asset Escrow Account, Good Faith Escrow Account & Indemnity Escrow Account | | | 7,500.00 | 0.00 |
| | | | Escrow Fees for Net          2,500.00<br>Asset Escrow Account | 2990-000 | | | 0.00 |
| | | | Escrow Fees for Good          2,500.00<br>Faith Escrow Account | 2990-000 | | | 0.00 |
| | | | Escrow Fees for          2,500.00<br>Indemnity Escrow<br>Account | 2990-000 | | | 0.00 |
| 06/10/11 | | From Acct # XXXXXXXX9365 | Transfer funds to make payment to John E. Bertini, Jr., M.D. | 9999-000 | 250,000.00 | | 250,000.00 |
| 06/10/11 | 104 | John Bertini, Jr., M.D., FACS | Asset Sale Transaction Bonus Pursuant to Agreement [Docket No.: 770] | 3991-000 | | 250,000.00 | 0.00 |
| 07/25/11 | | From Acct # XXXXXXXX9365 | Transfer funds to make payment to Cozen O'Connor | 9999-000 | 503,986.10 | | 503,986.10 |
| 07/25/11 | 105 | Cozen O'Connor | Second Interim Fee Application for Compensation of Professional Fees and Reimbursement of Expenses for Period of November 9, 2010 - May 30, 2011 [Docket No.: 779] | | | 503,986.10 | 0.00 |
| | | | Second Interim Fee          473,508.50<br>Application for<br>Compensation of<br>Professional Services for<br>Period of November 9,<br>2010 - May 30, 2011<br>[Docket No.: 779] | 3210-000 | | | 0.00 |
| | | | Second Interim Fee          30,477.60 | 3220-000 | | | 0.00 |

Subtotals :          $3,826,892.54          $3,826,892.54

{} Asset reference(s)

Printed: 12/08/2017 12:50 PM     V.13.31

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-12181 |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC |
| | a Texas Limited Liability Company |
| **Taxpayer ID #:** | **-***5598 |
| **Period Ending:** | 12/08/17 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******93-66 - Checking Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Application for Reimbursement of Expenses for Period of November 9, 2010 - May 30, 2011 [Docket No.: 779] | | | | |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 3,826,892.54 | 3,826,892.54 | $0.00 |
| Less: Bank Transfers | | 3,826,892.54 | 0.00 | |
| **Subtotal** | | 0.00 | 3,826,892.54 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $3,826,892.54 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-12181 |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC |
| | a Texas Limited Liability Company |
| **Taxpayer ID #:** | **-***5598 |
| **Period Ending:** | 12/08/17 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Capital One Bank |
| **Account:** | ********34 - Checking Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/11 | | Transfer from Acct # xxxxxx9365 | Transfer of Funds | 9999-000 | 18,749,519.11 | | 18,749,519.11 |
| 11/17/11 | 1001 | VOIDED CHECK | Voided - Part of the process of the bank account conversion is utilizing a tool to create the new accounts. It was recently discovered that the tool was setting the first check number to 102 instead of 101. Voided on 11/17/11 | 2690-004 | | 0.00 | 18,749,519.11 |
| 11/17/11 | 1001 | VOIDED CHECK | Voided - Part of the process of the bank account conversion is utilizing a tool to create the new accounts. It was recently discovered that the tool was setting the first check number to 102 instead of 101. Voided: check issued on 11/17/11 | 2690-004 | | 0.00 | 18,749,519.11 |
| 12/09/11 | 1002 | IASIS HEALTHCARE LLC | Voided - Marsh Invoice No.: 311727 D & O Premium and PWC 2011 Stub Period Return Voided on 12/20/11 | 2990-004 | | 112,502.00 | 18,637,017.11 |
| 12/13/11 | 1003 | GIULIANO, MILLER & Co., LLC | Fourth Interim Compensation for Professional Services and Reimbursement of Expenses for Period of July 16, 2010 - September 30, 2011 [Docket No.: 815] | | | 278,396.48 | 18,358,620.63 |
| | | | Fourth Interim Compensation for Professional Services for Period of July 16, 2010 - September 30, 2011 | 268,109.25 3310-000 | | | 18,358,620.63 |
| | | | Fourth Interim Reimbursement of Expenses for Period of July 16, 2010 - September 30, 2011 | 10,287.23 3320-000 | | | 18,358,620.63 |
| 12/13/11 | 1004 | COZEN O'CONNOR | Third Interim Fee Application for Compensation of Professional Services and Reimbursement of Expenses for Period of 5/31/11 - 11/21/11 [Docket No.: 14] | | | 64,579.34 | 18,294,041.29 |
| | | | Third Interim Fee Application for Compensation for Professional Services for Period of 5/31/11 - 11/21/11 [Docket No.: | 63,252.00 3210-000 | | | 18,294,041.29 |

Subtotals :          $18,749,519.11          $455,477.82

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-12181 | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC | **Bank Name:** Capital One Bank |
| a Texas Limited Liability Company | **Account:** ********34 - Checking Account |
| **Taxpayer ID #:** **-***5598 | **Blanket Bond:** $203,206,895.00  (per case limit) |
| **Period Ending:** 12/08/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 14]<br>Third Interim Fee          1,327.34<br>Application for<br>Reimbursement of<br>Expenses for Period of<br>5/31/11 - 11/21/11<br>[Docket No.: 14] | 3220-000 | | | 18,294,041.29 |
| 12/14/11 | 1005 | FMTC FBO St. Jospeh Medical Center | Excise Tax re: 401(k) Plan No.: 83015 for St. Joseph Medical Center 2005-2008 Plan Years | 2990-000 | | 20,365.07 | 18,273,676.22 |
| 12/20/11 | 1002 | IASIS HEALTHCARE LLC | Voided - Marsh Invoice No.: 311727 D & O Premium and PWC 2011 Stub Period Return<br>Voided: check issued on 12/09/11 | 2990-004 | | -112,502.00 | 18,386,178.22 |
| 12/20/11 | 1006 | IASIS HEALTHCARE LLC | Marsh Invoice No.: 311727 D & O Premium and PWC 2011 Stub Period Return | | | 94,711.31 | 18,291,466.91 |
| | | | Marsh Invoice No.:          76,920.61<br>311727 D & O Premium | 2990-000 | | | 18,291,466.91 |
| | | | Marsh Invoice No.:          17,790.70<br>311727 PWC 2011 Stub<br>Period Return | 2990-000 | | | 18,291,466.91 |
| 12/22/11 | 1007 | Fox Rothschild LLP | 1st Fee Application & Reimbursement of Expenses for Period of January 1, 2011 - October 31, 2011 [Docket No.: 13] | | | 101,594.26 | 18,189,872.65 |
| | | | 1st Fee Application for          61,424.50<br>Professional Fees for<br>Period of January 1,<br>2011 - October 31, 2011<br>[Docket No.: 13] | 3210-000 | | | 18,189,872.65 |
| | | | 1st Fee Application for          40,169.76<br>Reimbursement of<br>Expenses for Period of<br>January 1, 2011 -<br>October 31, 2011<br>[Docket No.: 13] | 3220-000 | | | 18,189,872.65 |
| 05/22/12 | 1008 | INTERNATIONAL SURETIES LTD | Bond No.: 43BSBFV5544 for Period of May 2, 2012 - May 2, 2013 | 2300-000 | | 32,298.00 | 18,157,574.65 |
| 11/28/12 | 1009 | COZEN O'CONNOR | 4th Fee Application for Compensation of Professional Services and Reimbursement of Expenses for Period of November 22, 2011 - October 25, 2012 [Docket No.: 22] | | | 17,314.88 | 18,140,259.77 |

Subtotals :                    $0.00        $153,781.52

{} Asset reference(s)                                                                          Printed: 12/08/2017 12:50 PM    V.13.31

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-12181 |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC |
| | a Texas Limited Liability Company |
| **Taxpayer ID #:** | **-***5598 |
| **Period Ending:** | 12/08/17 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Capital One Bank |
| **Account:** | ********34 - Checking Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 4th Fee Application for<br>Compensation of<br>Professional Services for<br>Period of November 22,<br>2011 - October 25, 2012<br>[Docket No.: 22] | 17,094.50 | 3210-000 | | | 18,140,259.77 |
| | | | 4th Fee Application for<br>Reimbursement of<br>Expenses for Period of<br>November 22, 2011 -<br>October 25, 2012<br>[Docket No.: 22] | 220.38 | 3220-000 | | | 18,140,259.77 |
| 12/03/12 | 1010 | Alfred T. Giuliano Trustee | First Interim Compensation and<br>Reimbursement of Expenses for Period of<br>November 21, 2008 - September 30, 2012<br>[Docket No.: 23] | | | | 3,654,689.37 | 14,485,570.40 |
| | | | First Interim<br>Compensation for Period<br>of November 21, 2008 -<br>September 30, 2012<br>[Docket No.: 23] | 3,642,256.16 | 2100-000 | | | 14,485,570.40 |
| | | | First Interim<br>Reimbursement of<br>Expenses for Period of<br>November 21, 2008 -<br>September 30, 2012<br>[Docket No.: 23] | 12,433.21 | 2200-000 | | | 14,485,570.40 |
| 01/31/13 | | Capital One Bank | Transfer to Rabobank, N.A. | | 9999-000 | | 14,485,570.40 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 18,749,519.11 | 18,749,519.11 | $0.00 |
| Less: Bank Transfers | 18,749,519.11 | 14,485,570.40 | |
| **Subtotal** | 0.00 | 4,263,948.71 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,263,948.71 | |

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 8

| | | |
|---|---|---|
| **Case Number:** | 08-12181 | |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC | |
| | a Texas Limited Liability Company | |
| **Taxpayer ID #:** | **-***5598 | |
| **Period Ending:** | 12/08/17 | |

| | | |
|---|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******1566 - Checking Account | |
| **Blanket Bond:** | $203,206,895.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | | Rabobank, N.A. | Transfer from Capital One Bank | 9999-000 | 14,485,570.40 | | 14,485,570.40 |
| 04/16/13 | 30101 | International Sureties  LTD. | Bond No.: 43BSBFV5544 for Period of May 2, 2013 - May 2, 2014 | 2300-000 | | 37,000.00 | 14,448,570.40 |
| 05/02/13 | | GE BUSINESS FINANCIAL SERVICES, INC | Return of Excess Funds from Sale of the Membership Interest in St. Joseph's Medical Center Management, LLC | 7100-000 | | -25,584.37 | 14,474,154.77 |
| 12/13/13 | 30102 | COZEN O'CONNOR | Fifth Fee Application for Compensation for Professional Services and Reimbursement of Expenses for Period of October 26, 2012 - October 28, 2013 [Docket No.: 29] | | | 67,217.77 | 14,406,937.00 |
| | | | Fifth Fee Application for Compensation for Professional Services for Period of October 26, 2012 - October 28, 2013 [Docket No.: 29] | 64,614.50 | 3210-000 | | 14,406,937.00 |
| | | | Fifth Fee Application for Reimbursement of Expenses for Period of October 26, 2012 - October 28, 2013 [Docket No.: 29] | 2,603.27 | 3220-000 | | 14,406,937.00 |
| 05/05/14 | 30103 | International Sureties  LTD. | Bond No.: 43BSBFV5544 for Period of May 2, 2014 - May 2, 2015 | 2300-000 | | 37,000.00 | 14,369,937.00 |
| 11/25/14 | | SJ MEDICAL CENTER MANAGEMENT LLC | Turnover of Escrow Indemnity re: Holdback Pursuant to Sale Agreement re: St. Joseph Medical Center [Docket No.: 751 & 47] | | 9,542,138.61 | | 23,912,075.61 |
| | {3} | | Interest Earned re: Escrow Account | 4,786.56 | 1290-000 | | 23,912,075.61 |
| | | TD WEALTH MANAGEMENT | Annual Fees re: Escrow Account | -20.55 | 2990-000 | | 23,912,075.61 |
| | {1} | | Turnover of Escrow Indemnity re: Holdback Pursuant to Sale Agreement re: St. Joseph Medical Center [Docket No.: 751 & 47] | 9,537,372.60 | 1129-000 | | 23,912,075.61 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.78 | 23,911,883.83 |
| 12/01/14 | {1} | SJ Medical Center Management | Turnover of Escrow Indemnity re: Holdback | 1129-000 | 70.45 | | 23,911,954.28 |

| | | |
|---|---|---|
| Subtotals : | $24,027,779.46 | $115,825.18 |

| | |
|---|---|
| {} Asset reference(s) | Printed: 12/08/2017 12:50 PM    V.13.31 |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 08-12181  
**Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC  
a Texas Limited Liability Company  
**Taxpayer ID #:** **-***5598  
**Period Ending:** 12/08/17  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $203,206,895.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | LLC | Pursuant to Sale Agreement re: St. Joseph Medical Center [Docket No.: 751 & 47] | | | | |
| 12/01/14 | | SJ Medical Center, LLC | Settlement Agreement  Between and Among Alfred T. Giuliano, Chapter 7 Trustee of the Estate of SJ Medical Center Management, LLC and IASIS Healthcare, LLC and SJ Medical Center, LLC [Docket No.: 47] | 7100-000 | | 4,600,000.00 | 19,311,954.28 |
| 12/15/14 | 30104 | International Sureties  LTD. | Increase to Bond No.: 43BSBFV5544 for Period of May 2, 2014 - May 2, 2015 | 2300-000 | | 779.00 | 19,311,175.28 |
| 12/22/14 | 30105 | COZEN O'CONNOR | Sixth Fee Application for Professional Services & Reimbursement of Expenses for Period of October 29, 2013 - October 13, 2014 [Docket No.: 54] | | | 105,911.26 | 19,205,264.02 |
| | | | Sixth Fee Application for        103,905.50 Professional Services for Period of October 29, 2013 - October 13, 2014 | 3210-000 | | | 19,205,264.02 |
| | | | Sixth Fee Application for          2,005.76 Reimbursement of Expenses for Period of October 29, 2013 - October 13, 2014 | 3220-000 | | | 19,205,264.02 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,260.27 | 19,202,003.75 |
| 01/13/15 | 30106 | STROUDWATER CAPITAL | Success Fee Pursuant to Engagement Terms [Docket No.: 356] | 3731-000 | | 1,908,441.81 | 17,293,561.94 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,876.71 | 17,290,685.23 |
| 02/27/15 | 30107 | Hospital Partners of America, Inc. | Reimburse re: Cozen O'Connor 1st Fee Applicatioin for Period of March 15, 2010 - November 8, 2010 [Docket No.: 664 in HPA 08-12180] | | | 389,721.67 | 16,900,963.56 |
| | | | 1st Fee Applicatioin for        369,579.50 Compensation of Professional Fees for Period of March 15, 2010 - November 8, 2010 | 3210-000 | | | 16,900,963.56 |
| | | | 1st Fee Applicatioin for          20,142.17 Reimbursement of Expenses for Period of March 15, 2010 - | 3220-000 | | | 16,900,963.56 |

Subtotals :                     $0.00     $7,010,990.72

{} Asset reference(s)

Printed: 12/08/2017 12:50 PM     V.13.31

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 08-12181
**Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC
a Texas Limited Liability Company
**Taxpayer ID #:** **-***5598
**Period Ending:** 12/08/17

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******1566 - Checking Account
**Blanket Bond:** $203,206,895.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | November 8, 2010 | | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,684.93 | 16,898,278.63 |
| 03/04/15 | 30108 | Hospital Partners of America, Inc. | Reimburse HPA Payment to Stroudwater Capital (Check Nos.: 10142, 10190 & 11001) [Docket No.: 356] | | | | 70,419.30 | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of February 2009 (Check No.: 10142) [Docket No.: 542] | 3,444.27 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of March 2009 (Check No.: 10142) [Docket No.: 542] | 973.30 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of April 2009 (Check No.: 10142) [Docket No.: 542] | 1,195.29 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of May 2009 (Check No.: 10142) [Docket No.: 542] | 1,508.09 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of July 2009 (Check No.: 10142) [Docket No.: 542] | 486.28 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of August 2009 (Check No.: 10142) [Docket No.: 542] | 4,817.66 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of September 2009 (Check No.: 10142) [Docket No.: 542] | 3,672.53 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of November 2009 (Check No.: 10142) [Docket No.: 542] | 1,583.83 | 3732-000 | | | 16,827,859.33 |

Subtotals :  $0.00  $73,104.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 11

| | |
|---|---|
| **Case Number:** | 08-12181 |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC |
| | a Texas Limited Liability Company |
| **Taxpayer ID #:** | **-***5598 |
| **Period Ending:** | 12/08/17 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1566 - Checking Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of April 2011 (Check No.: 11001) | 886.71 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of January 2010 (Check No.: 10190) | 4,757.50 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursemetn of Expenses for Period of February 2010 | 1,381.53 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of March 2010(Check No.: 10190) | 5,416.41 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of April 2010 | 2,040.23 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of June 2010 | 3,300.02 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of July 2010 (Check 10190) | 8,032.01 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of August 2010(Check No.: 10190) [Docket No.: 356] | 2,614.24 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of September 2010(Check No.: 10190) [Docket No.: 356] | 1,226.03 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of November 2010 [Docket No.: 356] | 8,553.83 | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of Expenses for Period of December 2010 [Docket | 594.37 | 3732-000 | | | 16,827,859.33 |

Subtotals :                    $0.00              $0.00

{} Asset reference(s)

Printed: 12/08/2017 12:50 PM    V.13.31

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-12181
**Case Name:** SJ MEDICAL CENTER MANAGEMENT LLC
a Texas Limited Liability Company
**Taxpayer ID #:** **-***5598
**Period Ending:** 12/08/17

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******1566 - Checking Account
**Blanket Bond:** $203,206,895.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | No.: 356] | | | | |
| | | STROUDWATER CAPITAL | Reimbursement of           4,799.46 Expenses for Period of January 2011 [Docket No.: 356] | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of           4,320.10 Expenses for Period of February 2011 [Docket No.: 356] | 3732-000 | | | 16,827,859.33 |
| | | STROUDWATER CAPITAL | Reimbursement of           4,815.61 Expenses for Period of March 2011(Check No.: 10190) [Docket No.: 356] | 3732-000 | | | 16,827,859.33 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,068.49 | 16,824,790.84 |
| 05/08/15 | 30109 | International Sureties  LTD. | Bond No.: 43BSBFV5544 Period of 05/02/15 - 05/02/16 | 2300-000 | | 38,800.00 | 16,785,990.84 |
| 04/14/16 | 30110 | International Sureties  LTD. | Additional Fee Due to Add SJ Medical Center Management, LLC to Blanket Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 | 2300-000 | | 5,183.77 | 16,780,807.07 |
| 10/30/17 | 30111 | Alfred T. Giuliano Trustee | Final Distribution [Docket No.: 72] | 2100-000 | | 340,652.18 | 16,440,154.89 |
| 10/30/17 | 30112 | Alfred T. Giuliano Trustee | Final Distribution [Docket No.: 72] | 2200-000 | | 38.40 | 16,440,116.49 |
| 10/30/17 | 30113 | Giuliano, Miller & Co., LLC | Final Distribution [Docket No.: 70] | 3310-000 | | 58,868.75 | 16,381,247.74 |
| 10/30/17 | 30114 | Giuliano, Miller & Co., LLC | Final Distribution [Docket No.: 70] | 3320-000 | | 656.85 | 16,380,590.89 |
| 10/30/17 | 30115 | United States Bankruptcy Court | Voided - Final Distribution [Docket No.: 73] Voided on 11/09/17 | 2700-004 | | 350.00 | 16,380,240.89 |
| 10/30/17 | 30116 | Cozen O'Connor | Final Distribution [Docket No.: 69] | 3210-000 | | 16,712.50 | 16,363,528.39 |
| 10/30/17 | 30117 | Cozen O'Connor | Final Distribution [Docket No.: 69] | 3220-000 | | 18,796.90 | 16,344,731.49 |
| 10/30/17 | 30118 | Hospital Partners of America, Inc. | Final Distribution [Docket No.: 73] | 8200-002 | | 16,344,731.49 | 0.00 |
| 11/09/17 | 30115 | United States Bankruptcy Court | Voided - Final Distribution [Docket No.: 73] Voided: check issued on 10/30/17 | 2700-004 | | -350.00 | 350.00 |
| 11/27/17 | | Alfred T. Giuliano Trustee | Refund Portion of Trustee Fee re: Check No.: 30115 (U.S. Trustee Fee) | 2100-000 | | -10.50 | 360.50 |
| 11/30/17 | | Alfred T. Giuliano Trustee | Refund Portion of Trustee Fee re: Check No.: 30115 (U.S. Trustee Fee) | 2100-000 | | -0.33 | 360.83 |
| 11/30/17 | 30119 | Hospital Partners of America, Inc. | Additional Turnover of Funds Returned from First Distribution [Docket No.: 73] | 8200-002 | | 360.83 | 0.00 |

Subtotals :                $0.00    $16,827,859.33

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-12181 |
| **Case Name:** | SJ MEDICAL CENTER MANAGEMENT LLC |
| | a Texas Limited Liability Company |
| **Taxpayer ID #:** | **-***5598 |
| **Period Ending:** | 12/08/17 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1566 - Checking Account |
| **Blanket Bond:** | $203,206,895.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 24,027,779.46 | 24,027,779.46 | $0.00 |
| | | | Less: Bank Transfers | | 14,485,570.40 | 0.00 | |
| | | | **Subtotal** | | **9,542,209.06** | **24,027,779.46** | |
| | | | Less: Payments to Debtors | | | 16,345,092.32 | |
| | | | **NET Receipts / Disbursements** | | **$9,542,209.06** | **$7,682,687.14** | |

| | | |
|---|---|---|
| Net Receipts : | 148,333,322.21 |
| Plus Gross Adjustments : | 20.55 |
| Less Payments to Debtor : | 16,345,092.32 |
| Net Estate : | $131,988,250.44 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******93-65 | 138,791,113.15 | 116,214,701.50 | 0.00 |
| Checking # ****-******93-66 | 0.00 | 3,826,892.54 | 0.00 |
| Checking # ********34 | 0.00 | 4,263,948.71 | 0.00 |
| Checking # ******1566 | 9,542,209.06 | 7,682,687.14 | 0.00 |
| | $148,333,322.21 | $131,988,229.89 | $0.00 |

{} Asset reference(s)